**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

RANDAL WILLIAMS,                          )     NO. ED CV 12-0302 JST (FMO)
                                          )
               Plaintiff,              )
                                          )
         v.                            )     **ORDER TO SHOW CAUSE**
                                          )
CARMEN SUTLEY,                            )
                                          )
              Defendant.              )
_____ )

      On February 28, 2012, plaintiff sought leave to file a Complaint pursuant to 42 U.S.C. § 1983 without prepayment of fees.  On March 8, 2012, the court ordered plaintiff to pay an initial partial filing fee of $31.00 in accordance with 28 U.S.C. §1915 by April 7, 2012.  (See Court's Order of March 8, 2012).  It appears from the record that plaintiff has failed to pay the initial partial filing fee as ordered.

      Accordingly, IT IS HEREBY ORDERED THAT, on or before **May 7, 2012**, plaintiff shall pay the initial partial filing fee of $31.00 or the action will be dismissed.

Dated this 17th day of April, 2012.


                                            _____
                                              /s/
                                       Fernando M. Olguin
                              United States Magistrate Judge